1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11   SILVA KALPAKYAN, an individual;
     KARO KALPAKYAN, an individual,
12

              Plaintiffs,
13   vs.

14   MERCEDES-BENZ USA, LLC, a
     Delaware Limited Liability Company;
15   SONIC SANTA MONICA M, INC., a
     California Corporation; and DOES 1
16   through 30, inclusive,

17            Defendants.

18

Case No.: 2:23-cv-10585-DMG-AS

**ORDER GRANTING
STIPULATION OF DISMISSAL
WITH PREJUDICE [23]**

Complaint Filed: November 14, 2023
Removal Date: December 18, 2023

19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

## ORDER

Upon the review of the signed stipulation submitted to this Court by Plaintiffs Silva Kalpakyan and Karo Kalpakyan, and Defendants Mercedes-Benz USA, LLC and Sonic Santa Monica M, Inc.,

**IT IS HEREBY ORDERED** that

The action shall be dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: January 13, 2025

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE